UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA SHAY,

    Plaintiff,

v.                                          Case No: 6:18-cv-1693-Orl-28DCI

SMARTPAY LEASING, LLC,

    Defendant.

## ORDER OF DISMISSAL

The Court has been advised by Plaintiff that the above-styled action has been completely settled (Doc. 14).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to lift the stay and administrative closure of this file and to then close this case.

**DONE and ORDERED** in Orlando, Florida, on December 20, 2018.

                                                  ANNE C. CONWAY
                                                  United States District Judge
                                                  (Signed in the absence of and at the
                                                  Direction of Judge John Antoon II)

Copies furnished to:
Counsel of Record
Unrepresented Parties